UNITED STATES DISTRICT COURT FOR THE
                           DISTRICT OF NEW HAMPSHIRE


<u>Philip Ricciardi</u>

        v.                                    Civil No. 06-cv-092-JD

<u>Chubrich & Harrigan, P.A.</u>


                                **O R D E R**

     Plaintiff, at the preliminary pretrial, moved orally to voluntarily nonsuit the action without prejudice since he has found counsel who wants to draft his own complaint.  Defendant does not object.  I granted the motion from the bench.  The clerk is directed to enter an order of dismissal without prejudice upon the request for voluntary nonsuit.

        **SO ORDERED.**

                                         _____
                                         James R. Muirhead
                                         United States Magistrate Judge


Date: June 14, 2006

cc:   Philip Ricciardi, *pro se*
      Peter V. Doyle, Esq.
      Patrick F. Harrigan, Esq.